## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| HAROLD LEE GREEN ) | |
| ) | CASE NO.  11-62585-JRS |
| DEBTOR ) | |
| ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $205.75 on behalf of UNITED CREDIT RECOVERY LLC, who filed claim # 7-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this 1st day of October, 2014 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

HOOMAN KHOSHNOOD
501 PULLIAM STREET, SW
SUITE 130
ATLANTA, GA  30312

/s/
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444