**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ANITA ADENA WILSON | ) | |
| | ) | CASE NO.  11-50231-MHM |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

     COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $818.43 on behalf of UNITED CREDIT RECOVERY LLC, who filed claim # 7-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

**CERTIFICATE OF SERVICE**

This is to certify that I have this 1st day of July, 2015 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

KARMEL SUNZETTE DAVIS
P.O. BOX 5488
DOUGLASVILLE, GA  30154

/s/
_____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET N.W.
SUITE 200
ATLANTA, GA  30303
(678)510-1444